UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AMERICAN APPRAISAL ASSOCIATES, INC.,**

                Plaintiff,

-vs-                                        Case No. 6:07-cv-1215-Orl-28UAM

**ALL AMERICAN APPRAISALS, INC.,**

                Defendant.

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Final Judgment and for Injunctive Relief (Doc. No. 16) filed November 28, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 28, 2008 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Entry of Default Final Judgment and for Injunctive Relief is **GRANTED**.

    3.    An Order entering default judgment and granting a permanent injunction will be entered contemporaneously with this Order.

4.   After judgment is entered, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_15th\_\_ day of February, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party